IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TONY ANTHONY GRIFFIN                                                            PLAINTIFF
ADC #150964

v.                              No: 4:23-cv-00732-BRW-PSH

JANICE BLAKE                                                                    DEFENDANT

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 6) and the objections filed (Doc. No. 7). After carefully considering the objections and making a *de novo* review of the record in this case, I approve and adopt the Proposed Findings and Recommendation in all respects.

IT IS THEREFORE ORDERED THAT:

1. Griffin's claims against Blake are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Dismissal of this action counts as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation or the accompanying judgment would not be taken in good faith

IT IS SO ORDERED this 25th day of October, 2023.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE